USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|3|2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICARDO MORALES SANTIAGO,

               Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

-----------------------------------------------------------X

19 **CIVIL** 4001 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 3, 2020, the Court has thus reviewed the

Report for clear error and finds none. The Court agrees completely with Judge Fox's well-

reasoned Report it is adopted its reasoning by reference. Accordingly, it is hereby ordered that:

(i) Plaintiff's motion for judgment on the pleadings is GRANTED and the matter is remanded to

the Commissioner; and (ii) the Commissioner's motion for judgment on the pleadings is

DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       August 3, 2020

                       **RUBY J. KRAJICK**

                       **Clerk of Court**

    **BY:**

                       **Deputy Clerk**