UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO MORALES SANTIAGO,<br><br>                    Plaintiff,<br><br>             -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | 19 Civ. 4001 (KPF) (KNF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On October 29, 2020, Plaintiff filed a Motion for Attorney's Fees and supporting documentation (Dkt. #26-27). The Government is hereby ORDERED to respond to Plaintiff's motion on or before **December 2, 2020**.

SO ORDERED.

Dated: October 30, 2020
         New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge